# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00080-CV

**In re Cynthia Johnson**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining about the installation of a SmartMeter.[1]  *See* Tex. R. App. P. 52.8.  Having reviewed the petition and the record presented by relator, we cannot conclude that the trial court abused its discretion in issuing its order.  We deny the petition for writ of mandamus and dismiss the motion for emergency relief.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   February 24, 2011

---

[1]  Relator also filed a motion for emergency relief, *see* Tex. R. App. P. 52.10, but later informed the Court that her motion for emergency relief was moot.